

*q23*

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:
Attention: Mr. H. Morris Stevens
Note Stamp Division

Opinion No. 0-923
Re: May state note stamps pro-
vided for under Article
7047e be photographed?

We received your letter of November 9, 1939,
in which you request our opinion on the following question:

"Is it a violation of any State law to
photograph State Note Stamps provided for under
Article 7047e, as amended by Senate Bill num-
ber 24, 46th Legislature, Regular Session?"

In an opinion dated April 19, 1939, to the Honor-
able Leon Kotoaky, Assistant County Attorney, El Paso,
Texas, this department was confronted with a similar ques-
tion, and held that a county clerk could install and use
the photostatic method of recording written instruments
which he is authorized and required to record. We feel
that this opinion is correct and are enclosing a copy for
for your information.

A study of the State statutes does not reveal
that it would be a violation to photograph state note stamps,
provided for under Article 7047e, Vernon's Annotated Civil
Statutes,

Therefore, it is our opinion that your question

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable Charley Lockhart, Page 2

should be answered in the negative.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By Glenn R. Lewis
Glenn R. Lewis
Assistant

By Hirschi Johnson
Hirschi Johnson

HJ:LM

ENCLOSURE

APPROVED NOV 22, 1939

Gerald C. Mann
ATTORNEY GENERAL OF TEXAS


APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN